**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Case No. 18-cr-91 (JNE/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Omid Souresrafil, | |
| Defendant. | |

Michelle E. Jones, Assistant United States Attorney, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for the Government); and

John J. Leunig, The Law Office of John J. Leunig, 7900 Xerxes Avenue South, Suite 815, Minneapolis, MN 55431 (for Defendant).

This matter comes before the Court on the Government's Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 16(b), 12.1, 12.2, 12.3 and 26.2 (ECF No. 10). The parties consented to having the motion determined on the papers, without a hearing. (ECF No. 44.) The Government's motion seeks discovery available under Federal Rules of Criminal Procedure 12.1, 12.2, 12.3, 16(b), and 26.2. Defendant has not objected to the motion.

Based upon the record, memoranda, and proceedings herein, **IT IS HEREBY ORDERED** as follows:

1. The Government's Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 16(b), 12.1, 12.2, 12.3 and 26.2 (ECF No. 10) is **GRANTED**.

2. No later than 14 days prior to trial, the parties shall make their respective expert disclosures.

3. All voir dire questions and jury instructions and trial-related motions (including motions in limine) must be submitted to District Judge Joan N. Ericksen by **5:00 p.m. on October 10, 2018.**

4. Responses to trial-related motions (including motions in limine) must be submitted by **5:00 p.m. on October 16, 2018**.

5. This case must commence trial on **October 22, 2018**, at **9:30 a.m.** before District Judge Ericksen in Courtroom 12W, U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

6. All prior consistent orders remain in full force and effect.

7. Failure to comply with any provision of this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like.

Dated: August 27 , 2018

*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
for the District of Minnesota

*United States of America v. Souresrafil*
Case No. 18-cr-91 (JNE/TNL)